IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSEPH EUGENE HOWARD,

        Plaintiff,

v.                                                   CIVIL ACTION NO.  2:14-cv-13695

WEST VIRGINIA DIVISION
OF CORRECTIONS, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**
**(Motion for Injunction)**

Pending before the court are Plaintiff Joseph Eugene Howard's Motion for Injunction [Docket 15] and Amended Motion for Injunction [Docket 20]. These motions were referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this court of proposed findings of fact and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 3, 2015, the Magistrate Judge submitted proposed findings of fact and recommended that this court **DENY without prejudice** the plaintiff's Motion for Injunction [Docket 15] and the plaintiff's Amended Motion for Injunction [Docket 20]. On March 19, 2015, the plaintiff filed timely objections [Docket 22] to the Magistrate Judge's proposed findings and recommendation ("PF&R").

A district court shall make a de novo determination of those portions of the PF&R to which objection is made. 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate

judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The plaintiff's objections, though timely, simply restate the allegations and evidence from his previous filings. The only specific reference the plaintiff makes to the PF&R states: "The balance of equity tips in favor of the plaintiff and he has in fact satisfied the four elements of *Winter v. National Resources Defense Council, Inc.*, 555 U.S. 7, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008)." (Pl.'s Objections to PF&R [Docket 22], at 3-4). "*De novo* review is not required or necessary when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." *Howard's Yellow Cabs, Inc. v. United States*, 987 F. Supp. 469, 474 (W.D.N.C. 1997). The plaintiff offers no explanation as to how the Magistrate Judge erred in his analysis of the *Winter* factors and no evidence contrary to the ultimate findings. Therefore, I do not construe the plaintiff's mere disagreement with the Magistrate Judge as a specific objection requiring de novo review. Accordingly, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendation. The court **DENIES without prejudice** the plaintiff's Motion for Injunction [Docket 15] and the plaintiff's Amended Motion for Injunction [Docket 20]. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 23, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE